No. 81–5241.  PILGRIM v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 81–5250.  STOCKMAN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 81–5253.  GAMBLE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 81–5256.  TROSHINSKY v. ROSEN ET AL.  Ct. App. D. C.  Certiorari denied.

No. 81–5259.  DOE v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 81–5261.  SCHORN v. CARLSON ET AL.  C. A. 6th Cir. Certiorari denied.

No. 81–5263.  JETER v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 81–5267.  CARR v. SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 2d Cir.  Certiorari denied.

No. 81–5269.  KAVAJA v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 81–5273.  GONZALEZ v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 81–5275.  IVY v. UNITED STATES; and
No. 81–5282.  GARLINGTON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 81–5285.  DELGARDO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 81–5289.  NOE v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 81–5293.  GREEN v. PERRIN, WARDEN, NEW HAMPSHIRE PRISON, ET AL.  C. A. 1st Cir.  Certiorari denied.